# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T. WADE RANDLETT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA AND EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendants. | Case No: C 12-04972 SBA<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter against Equifax Information Services, LLC. be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

DATED:__1/22/13　　　　　　　　　　　_____*Sandra B. Armstrong*_____

　　　　　　　　　　　　　　　　　　　United States District Court Judge

- 1 –

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.**

NOKES & QUINN
410 Broadway
Suite 200
Laguna Beach, CA 92651
(949) 376-3500