REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT CALIFORNIA

| T. WADE RANDLETT, | Case No. 4:12-cv-04972-SBA |
|---|---|
| Plaintiff, | Hon. Saundra B. Armstrong |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.** |
| BANK OF AMERICA, | |
| Defendant. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter against Bank of America, N.A. be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: _2/19/13

_____
Honorable Sandra B. Armstrong

– 1 –

US_ACTIVE-111971988.1-RRSHAH 02/20/2013 8:55 AM

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.