1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

T. WADE RANDLETT,

               Plaintiff,

     vs.

BANK OF AMERICA,

              Defendant.

Case No. 4:12-cv-04972-SBA

Hon. Saundra B. Armstrong

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.**

     PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter against Bank of America, N.A. be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: _2/19/13

_____
Honorable Sandra B. Armstrong

– 1 –

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.